FILED
JUL 17 2024
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Name and Prisoner/Booking Number: Thomas Austin Hill 81699-000
Place of Confinement: Coleman U.S.P
Mailing Address: United States Penitentiary Coleman-2
City, State, Zip Code: PO BOX-1033, Coleman FL 33521

(Failure to notify the Court of your change of address may result in dismissal of this action.)

RECEIVED
JUL 17 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Thomas A. Hill, (Austin),
(Full Name of Plaintiff)
    Plaintiff,

v.

(1) Warden B.M. Trate
(2) Officer R. Paulus
(3) Officer ? Barns
(4) (1) Unknown Officer
    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

1:24cv00823 BAM (PC)

CASE NO. IRT-WXR-2023-04592
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER
• JURY TRIAL DEMANDED •

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: ATWATER U.S.P ATWATER

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: (WARDEN)- B.M. TRATE. The first Defendant is employed as: WARDEN at ATWATER U.S.P.
   (Position and Title)                    (Institution)

2. Name of second Defendant: R. PAULUS. The second Defendant is employed as: CORRECTIONAL OFFICER at ATWATER U.S.P.
   (Position and Title)                    (Institution)

3. Name of third Defendant: first NAME UNKNOWN? BARNS. The third Defendant is employed as: CORRECTIONAL OFFICER at ATWATER U.S.P.
   (Position and Title)                    (Institution)

4. Name of fourth Defendant: UNKNOWN OFFICER. The fourth Defendant is employed as: CORRECTIONAL OFFICER at ATWATER U.S.P.
   (Position and Title)                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Thomas Austin Hill v. JAY JONES
      2. Court and case number: 11th Circuit / 3:15-CV-410-WKW
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) THE CAS WAS dismissed / I WAS RELEASE And Did Not forward A Address.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __8th AND 14th AMENDMENT / Deliberate Indifference__.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

(1) ON-11-26-2022 I WAS RETALIATED AGAINST BY WARDEN B.M. TRATE AS WELL AS OFFICERS R. PAULUS, OFFICER BARNS AND A UNKNOWN OFFICER. ON THE ABOVE DATE I WAS HOUSED ON C-RANGE, CELL-213 IN THE SHU WHEN I REFUSE MY MEAL, A PAPER BAG, BECAUSE IT CONTAINED 4 PIECES OF BREAD AND 1 PIECE OF CHEESE. 45 MINUTES THE MEAL WAS PASSED OUT AGAIN WITH ONLY A APPLE ADDED AND I REFUSED IT AGAIN FOR THE SECOND TIME.

(2) WARDEN B.M. TRATE ARRIVED AND BECAME SO UPSET THAT HE BEGAN TO SHOUT "I'M GOING TO TEACH YOU A LESSON" HE THEN ORDERED (3) OFFICERS (R. PAULUS) (BARNS) AND ANOTHER UNKNOWN OFFICER INTO MY CELL WHERE I WAS DEHUMANIZED AND SEXUALLY ABUSED ALL THE WHILE THE WARDEN B.M. TRATE STOOD BY LAUGHING.

(SEE Attach Sheet 5-A)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). I SUFFERED GREAT PAIN IN MY TESTICLES AND UNABLE TO ACHIEVE A ERECTION. I WAS IN FEAR FOR MY LIFE THROUGH THIS ENTIRE ORDEAL. I WAS DEHUMANIZE BY FORCE TO BE IN A CELL WITH NO WORKING TOILET.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM II

1. State the constitutional or other federal civil right that was violated: **5th AMENDMENT DUE PROCESS OF THE LAW**

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. **REFER TO PARAGRAPH #(9) ON ATTACHED PAGE 3.**

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). **I WAS UNABLE TO ACCESS THE COURTS AND MISSED A DEAD LINE THERE OFF**

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

CLAIM III

1. State the constitutional or other federal civil right that was violated: **8th AND 14th Amendment CRUEl ANd UNUSUAl pUNishment**

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. **REfER to PARAgRAPhs #3 #4 #5 #6 #8 #9 Of CIAim 1.**

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). **I WAS ASSAUlted, SEXUAlly ABUSED, DEhUMANIZED ANd thREAtEN.**

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

(ATTACH 5-A)
(CAUSE OF ACTION)
Claim 1

(3) I WAS HAND CUFF AND SURROUNDED While in my Cell, Strip NAKED of my BOXER Shorts. Officer R. PAULUS WAS making Comments About How He WAS going to "Bust My Asshole with his finger. The Warden Stated "Bust it! Bust it!"

(4) AT this time officers R. PAULUS AND ? BARNS Held my ARMS And told ME to Bend OVER AND Spread my Cheeks. At this time I Had Cuff on And they were Hold'in me in Such A Way that I couldn't Bend OVER. the UNKNOWN officer HAD HANDS Around MY NECK SO tight I couldn't Even Breath, And Almost Past out. the UNKNOWN officer Screamed in my EAR "Bend over fag!"

(5) officer R. PAULUS then took His Gloved HAND AND RUBBED it BETWEEN my Butt, Smaking my Butt twice And Laughing. then He Grab my TESTICLES AND Squeezing them So tight I Yell out in Pain, He Pulled MY TESTICLES In Different Directions Stating: "It's Smelly Down there" And "ARE YOU Hiding Anything IN those Dry Nuts." they WERE All Laughing, I WAS in fear for my Life, And in Pain, At some point I Started Crying.

ATTACh -1

(ATTACH from Claim 1)
Page 2

(6) The cuffs were taken off so I could take my shirt off. I was then place in a paper jump suite. I was hit in my stomach by Officer Barns before my cuffs were put back on. He stated="Now try me motherfucker". I screamed out in pain at which time the Warden who had walked off yelled from the hallway "Who's crying like a bitch down there". All this took place without a camera present. I was in fear for my life, I they were going to kill me.

(7) While being removed from my cell I ask the Warden B.M. Trate "Why isn't a camera present?" And he stated="My cell phone has a camera and your Black ass is about to go viral. I was in great fear for my life at this point.

(8) I was then taken to a Abandon/Vacant Housing Unit-(1-A) this vacant unit had no working showers, nor was the toilet working in the cell I was place in (1-A-105). I was force to remain there with urine and excrement in the toilet for about a week. I can't be sure how long I was there because I couldn't keep track of time, and I slept alot due to stress.

ATTACH-2

(ATTACh from Claim 1)
PAGE 3

(9) While in the SHU and 1-A-105 (Vacant Unit) the Warden B.M. Trate fail to allow me access to a ink Pen and legal material (Paper and Envelopes) to access the Courts. Because of that I missed a deadline in the Eastern District of California - 9th Circuit. I was also unable to file supplements in the 4th Circuit where I have a 2255(F3) Pending and a 3582 Request for a Compassionate Release motion Pending.

(10) I was written a bogus Incident Report #3702530 Rewrite on 11-27-22, Code 212 for engaging in a Group Demonstration. I Filed a BP-9 or 10 sensitive to the Regional Office and they sided with me Stating "No Prohibited Act was Committed and Expunge the Incident Report.

(END OF Claim)

---

NOTE= There Are two officers in Atwater USP, one of them name is J. Barns, He is Not the Barns I'm talking about. The officer I'm talking about is his older brother.

ATTACh-3

## E. REQUEST FOR RELIEF

State the relief you are seeking: I'm seeking $150,000, $50,000 for the Warden BM. Trate Abuse of Power, Retaliation and Lack of Access to the Courts and Cruel and Unusal Punishment $50,000 for Officer R. Paulus Assault & Sexual Abuse $25,000 for Officer ? Barns Assault and Abuse (Battery) $25,000 for Unknown Officer Assault, and Abuse of Power. $150,000 in total Damages Pain & Suffering

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-17-2024

DATE

SIGNATURE OF PLAINTIFF

Self Prepared

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6