UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS AUSTIN HILL, | No. 1:24-cv-00823-KES-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITH PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| TRATE, *et al.* | |
| Defendants. | Doc. 24 |

Thomas Austin Hill is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to *Bivens v. Six Unknown Names Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).

On March 24, 2026, the magistrate judge screened the second amended complaint pursuant to 28 U.S.C. § 1915A(a). Doc. 24. The magistrate judge found Hill failed to state a cognizable claim under *Bivens* and recommended dismissal with prejudice. *Id.* at 5-8. The Court served the findings and recommendations on Hill and informed him that any objections were due within 14 days. *Id.* at 9. The Court also advised that failure to file timely objections may result in the waiver of certain rights on appeal. *Id.* at 9-10 (citing *Wilkerson v. Wheeler*, 722 F.3d 834, 838-39 (9th Cir. 2014)). Hill did not file objections, and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are

1

supported by the record and by proper analysis.  The Court ORDERS:

1.    The findings and recommendations issued on March 24, 2026 (Doc. 24), are ADOPTED in full.

2.    This action is DISMISSED with prejudice for failure to state a cognizable claim upon which relief may be granted.

3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATE: June 1, 2026

_____
UNITED STATES DISTRICT JUDGE

2